FILED - SOUTHERN DIVISION
CLERK, U.S DISTRICT COURT

APR 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Traci Ann Petty DEFENDANT(S). | CASE NUMBER SA CR 12-80 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __the defendant__, IT IS ORDERED that a detention hearing is set for __Friday, April 13__, __2012__, at __3__ ☐a.m. / ☒p.m. before the Honorable __Jean Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __4/12/12__

_____
U.S. ~~District Judge~~/Magistrate Judge

---
CR-66 (10/97)  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT